PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Robert Barbara      Cr.: 21-00223-001
                                         PACTS #: 6769143

Name of Sentencing Judicial Officer:    THE HONORABLE JOHN MICHAEL VAZQUEZ
                                             UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/02/2021

Original Offense:    Count One: Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846
                         Count Two: Distribution of Methamphetamine, 21 U.S.C. § 841(b)(1)(B)

Original Sentence: 24 months imprisonment, 60 months supervised release

Special Conditions: $200 Special Assessment, Substance Abuse Testing, Alcohol Treatment, Alcohol Restrictions, Drug Treatment, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, Support Dependents

Type of Supervision: Supervised Release            Date Supervision Commenced: 09/24/2021

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On September 28, 2021, Robert Barbara tested positive for codeine, which was confirmed by laboratory testing. |

U.S. Probation Officer Action:

Barbara has been referred for substance abuse treatment at Oaks Integrated Care in Montclair, New Jersey. He has also been attending daily Narcotics Anonymous meetings and will be frequently drug-tested to ensure compliance.

                                                           Respectfully submitted,

                                                           SUSAN M. SMALLEY, Chief
                                                           U.S. Probation Officer

                                                           By:    DANA HAFNER
                                                           Senior U.S. Probation Officer

Prob 12A – page 2
Robert Barbara

/ dh

APPROVED:

_____  11/16/2021
DONALD L. MARTENZ, JR.                     Date
Supervising U.S. Probation Officer

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (*as recommended by the Probation Office*)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

11/17/2021
Date